**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MEGAN D., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 26-3095 |

**ORDER**

**AND NOW**, this 2nd day of October, 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that:

1. Plaintiff's request for review (Document No. 5) is **GRANTED**.
2. The ALJ's decision is reversed, and Plaintiff was disabled during the closed period from December 15, 2011 to April 1, 2022.
3. The case is remanded solely for the Commissioner to calculate and award the appropriate amount of benefits.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge